October 27, 2011



# JUDGMENT

## The Fourteenth Court of Appeals

JANE UCHE AMADI, CONSTANCE NNADI, AND WORLD
ANOINTING CENTER MINISTRIES, INC., Appellants

NO. 14-10-01216-CV                       V.

CITY OF HOUSTON, Appellee
_____

This court today heard a motion for en banc reconsideration filed by appellee, City of Houston. We order that the motion be granted, and that this court's former judgment of July 7, 2011 be vacated, set aside, and annulled. We further order this court's opinion of July 7, 2011, withdrawn.

This cause, an appeal from the judgment in favor of appellee, the City of Houston, signed November 9, 2010, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause for proceedings in accordance with the court's en banc opinion.

We order appellee, the City of Houston, to pay all costs incurred in this appeal. We further order this decision certified below for observance.